**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Andrew Kubik

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREW KUBIK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**LIFESOURCE WATER SYSTEMS, INC.,**<br><br>Defendant. | **Case No.:** 19-cv-1933 BAS (LL)<br><br>**PLAINTIFF ANDREW KUBIK'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A)**<br><br>**HON. CYNTHIA A. BASHANT** |

///
///
///
///
///
///
///
///
///

Plaintiff ANDREW KUBIK ("Plaintiff") hereby moves to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Dated: October 11, 2019                                                  Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:   /s Matthew M. Loker
      MATTHEW M. LOKER, ESQ.
      ATTORNEY FOR PLAINTIFF